Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0085

Cindi Lincoln v. Ernest Paul Land; Creation Science Evangelism, Inc.; Creation Science Evangelism Ministries; Creation Science Evangelism Ministries, Inc.; Kent E. Hovind; Creation Science Evangelism Ministry, LLC; and Sandra Sawyer Hovind (Appeal from Conecuh Circuit Court: CV-23-900013).

MITCHELL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.